UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTOINE WALLACE,

       Plaintiff,

                                                Case No. 12-11296

v.                                             Honorable David M. Lawson

MICHIGAN COMPUTATION BOARD,

       Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

The matter is before the Court on the plaintiff's motion for appointment of counsel. "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege not a right.'" *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting *U.S. v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)). The plaintiff has failed to present convincing reasons as to why this Court should exercise its discretionary power at this time.

Accordingly, it is **ORDERED** that the plaintiff's application for appointment of counsel [dkt #3] is **DENIED**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: March 29, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 29, 2012.

                              s/Deborah R. Tofil
                              DEBORAH R. TOFIL